## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

AUG 28 2023 PM 12:56
FILED - USDC - FLMD - TPA

#### TAMPA DIVISION

ERIK MISHIYEV;

Plaintiff,

Case No.: 8:23-cv-1940-KKM-TGW

v.

ARLANDAL 'ORLANDO' DAVIS;

BEASLEY MEDIA GROUP, LLC;

Defendants.

_____/

### INTRODUCTION

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") sues the Defendants, ARLANDAL 'ORLANDO' DAVIS and BEASLEY MEDIA GROUP, LLC, jointly and severally, for damages and other relief and as grounds, therefore, aver as follows:

### COMPLAINT AND JURY TRIAL DEMANDED

COMES NOW, the Plaintiff(s), ERIK MISHIYEV (the "Plaintiff" and his "Company") says as follows:

### PARTIES

1. Plaintiff, **ERIK MISHIYEV** (the "Plaintiff" or "Mr. Mishiyev") is an individual and is a resident of the State of Florida, in Hillsborough County, Florida.

2. Defendant, **ARLANDAL ORLANDO DAVIS** ("Mr. Davis") is an individual and is a resident of the State of Florida, in Pinellas County, Florida.

3. Defendant, **BEASLEY MEDIA GROUP LLC** ("Beasley") is a Florida Limited Liability Company, with its headquarters in Collier County, Florida.

4. Collectively all Defendants will be referred to as the "Defendants".



1

## SUBJECT MATTER JURISDICTION AND VENUE

5.  This Court has subject matter jurisdiction pursuant to 28 U.S.C § 1331 as federal questions are presented.

6.  This is an action for intentional racial discrimination in employment pursuant to 42 U.S.C. §1981 and and this Court has jurisdiction over those claims pursuant to 28 U.S.C. § 1331.

7.  Venue is properly found in this District pursuant to 28 U.S.C. §1391(b), in that all parties reside, and plaintiffs' claims arose, within the district.

8.  The Court has supplemental jurisdiction over Plaintiff's state law claims, pursuant to 28 U.S.C. §1367(a).

9.  The state law claims are INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS, DEFAMATION, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, NEGLIGENT SUPERVISION and ASSAULT.

## STATEMENT OF FACTS

10. This action arises from 20-years of Sabotage from the Defendants, who are major corporate players in the music and radio industry, against the Plaintiff, a sole proprietor and competitor, who at one time was in high demand and a very successful nightclub DJ in NY, Miami, Tampa Bay and Los Angeles. Evidence will show that Beasley Media Group and their Program Director conducted and encouraged illegal business activities in a classic case of corporate greed, discrimination and sabotage. **The Plaintiff Mr. Mishiyev makes these statements of facts under oath and is willing to take a lie detector test.** Plaintiff has multiple witnesses, signed affidavits and even a self-incriminating piece of VIDEO evidence that the court must see. This video the Defendant released to the public and the evidence found at the end of this complaint will give the Honorable Judges assigned to this case a better understanding of what really happened to the Plaintiff, Erik Mishiyev AKA DJ Short-E.

11. Mr. Mishiyev was born in Brooklyn, New York and became extremely passionate about the music industry in the early 1990's, when he was a teenager. Michael Jackson and Whitney Houston were his favorites artists and he was inspired by Hot 97.1FM a New York City hip-hop radio station.

12. Mr. Mishiyev is an immigrant of Jewish heritage and grew up in a lower class orthodox Jewish community in Brooklyn NY at first. He and his parents fled communism as refugees and migrated to America in 1980. At first his dad drove a yellow cab and was a janitor.

13. Mr. Mishiyev's family eventually moved to Orange County, NY and Plaintiff started training as a Disc Jockey ("DJ") in the early 1990's. After graduating high school, he decided to move to Tampa, FL in 1996 to attend college at HCC then USF to pursue his dreams of becoming a nightclub and Radio DJ in Tampa.

14. Mr. Davis is of African American descent and originated from Indiana and after working at a radio station as an intern in college, got transferred to Tampa 2 years after the Plaintiff in 1998. He was named the Program Director and Morning Show Host at a new radio station called Wild 98.7FM which later became 94.1FM which plays primarily Urban and Hip Hop music.

15. After a few years, by 1999, Plaintiff landed a job as the "Resident DJ" of a once popular nightclub called Rain Lounge in downtown Tampa, FL where he drew a big following, including Tampa Bay Bucs players, Derek Jeter and even some of the Backstreet Boys. Mr. Mishiyev, aka DJ Short-E was known as the driving force behind this venue's success and as a matter of fact, Mr. Davis and some of his employees also came out to Mr. Mishiyev's events from time to time. Plaintiff was booked 3 nights a week from 1999-2005 and started getting paid higher than the other DJ's in town and got regular media coverage. It is then when Plaintiff began to have issues with Defendant Mr. Davis. For some reason even though Mr. Mishiyev had a big fan base at the time, Defendant(s) did not want to give Plaintiff an equal opportunity of employment with them. The goal for any independent DJ like Mr. Mishiyev is to get on the radio because it gives you status, stability and more credibility because you're heard on the air. Oddly, Mr. Davis would hire less qualified DJs.

16. Mr. Mishiyev stood out at most hip-hop events as one of the few Jewish people and in 2004 when he met Mr. Davis, he explained his upbringing to Mr. Davis and at all times relevant, Mr. Mishiyev was cordial and professional towards Mr. Davis when he encountered him in public, as by this time Mr. Davis thanks to having an on-air position, become a popular public figure in Tampa, Clearwater, St. Petersburgh and Sarasota markets. Mr. Davis also has the power to hire and fire the DJs as the Program Director of Wild 94.1FM. He also approves what songs are played and creates playlists.

17. Beasley is a well-established multi-media company that for close to 100 years has owned and operated radio stations across the continental United States of America, that focus on many different genres (i.e. Country, Hip-Hop, Rock, Talk Radio, etc.)

18. Mr. Davis has been harassing and mocking Mr. Mishiyev and his Jewish last name since they first met and recently posted a video on his Instagram page on 04/17/2022 admitting that he was the reason that Plaintiff AKA DJ Short-E "ain't made it the last 20 years" (meaning that he sabotaged his competitor from becoming successful) and during this video, Mr. Davis also stated that he is the "Big Boss" at Beasley Media Group.

19. The video the Defendant shares with thousands of followers and industry professionals is the smoking gun evidence that proves Defendant knowingly participated in a **pattern of unlawful sabotaging behavior for 20 years against the Plaintiff.** This destroyed the Plaintiff's good reputation and prevented him from getting new bookings. This can be corroborated by former employees of Beasley Media Group, such as Allision Gordon who worked with the Defendant directly for 18 years and states she knows all about it. In a text message to Plaintiff this witness insinuated that anyone who worked for Mr. Davis at Wild 94.1FM witnessed him vowing to "ruin" Mr. Mishiyev. **See Composite Exhibit "A"**

20. At all times relevant Mr. Davis was employed at Wild 94.1 and was or should have been supervised by Beasley executives and ownership as Plaintiff believes he did not get a fair or equal opportunity of employment with the Defendants based on his skin color, race, religious beliefs or ethnicity.

21. Given its prominence in the world of hip-hop and urban music, Wild 94.1FM is a station that local, national and global artists and record labels need fair and equal treatment from Radio employees in order to become successful in the music industry as they have sister stations across the country.

22. Mr. Davis is both the Program Director/Manager and On-Air personality from 6AM-10AM as host of Orlando and the Morning Freak Show.

23. At no time was Mr. Mishiyev ever employed by Beasley or Wild 94.1FM, however with no legal justification, in July of 2017, someone at Beasley Media attempted to seek out Plaintiff's trademark, but it was later canceled, due to the trademark having already been registered by Mr. Mishiyev. Beasley created a fake caricature promoting a DJ, "Short-E" but this imposter DJ did not present any likeness to Mr. Mishiyev. This is another example

4

of sabotage with malicious intent to defraud and deceive the public of who the real DJ Short-E is, while attempting to steal his copyrighted intellectual property. (see Sunbiz.org)

24. Mr. Mishiyev believes he should have been employed by Beasley Radio stations and/or others because of his track record in Tampa and beyond, but due to the blatant bias, racism and constant harassment displayed against him by Mr. Davis and some of Beasley employees in other markets, Mr. Mishiyev instead was turned into an outcast.

25. Mr. Mishiyev in addition to his work as a DJ, started at TV show and several highly successful YouTube channels in 2007 and based on information and belief, Mr. Davis interfered with those channels because he knew Mr. Mishiyev earned good monthly AD revenue. Mr. Davis instructed his Beasley on-air DJ in Los Angeles named "Bootleg Kev" to contact YouTube directly on 1/20/2019 and they pulled some strings that got Mr. Mishiyev's channels terminated. Plaintiff also based on information and belief, alleges that Mr. Davis told many local venues in the Tampa, Florida area that unless they stopped allowing Mr. Mishiyev to appear, that Wild 94.1 would not promote those venues or let them advertise with their station.

26. In a text message from Plaintiffs witness Amber Bogart on 10/22/2022 from her cell phone number (813) 263-****, she contacted a Club owner she knew in Tampa and asked him what he thought about Mr. Mishiyev. She texted Italo Pignano, who runs multiple nightlife venues to see what he thought about DJ Short-e and he stated, "he's been asking me to DJ since like 2011...he has a horrible reputation...all the DJs in town make fun of him online...that's why I never tried him". **See Composite Exhibit "B"**

27. Based on this text message evidence from 10/22/2022, Defendant successfully ruined Plaintiff's reputation throughout the years and manipulated the masses against him using his weight as the star and bog boss of Beasleys radio station. We have evidence of sabotage on the air, in private and even in public on his social media posts where he made false allegations that Mr. Mishiyev was a drug user, made fun of his Jewish last name and DJ skills and ridiculed Plaintiff's business Hot4Ever LLC by calling it "Hot for Never". Defendant tagged the follow individuals in his Facebook page:

28. Angel Soto - (Owns a music distribution and publication company.)

29. Johnathan "King JB" Galloway (On Air DJ works for Orlando Davis Wild 94.1FM)

30. Ed "Special Ed" Grube (On Air DJ works for Orlando Davis Wild 94.1FM)

31. Keith Day (Promotions department worked for Orlando Davis)

32. Casey Turner (DJ and Cast member on Big Brother season 11, nationwide TV show)

33. Luis Linares (Nightclub Promoter and DJ in Tampa)

34. Jamie Ferreira (iHeartRadio 93.3FLZ mix show coordinator and on-air DJ)

35. Greg Wolf (Vice President of Street Laced Marketing | In-Game Host for the Tampa Bay Lightning & USF Athletics) his company hires Tampa Bay DJs for tons of events!

36. Hugh Causey Alexander III aka DJ Coz (On air Mix-show DJ / Production Department at Beasley Media Group)

37. Doug Hensel – Celebrity event promoter, TV Product Expert on HSN television, DJ)

38. Broderick Scott – (On-Air Personality at Beasley Media Group Wild 94.1FM)

39. Gus Stick Rodriguez – (Local nightclub DJ)

40. Kevin Cummings – On Air Personality at Beasley Media Group Wild 94.1FM)

41. DJ Christion – (Wild 94.1 On air DJ and signed to "Terror Squad" a major record label)

42. Charles Ku – (Local DJ and Promoter)

43. Clear evidence of this is found in multiple screenshots from Facebook along with more evidence that shows clear intent of employment interference by Beasley Media DJs, not only Tampa Bay, but in other major markets they operate in as well including Los Angeles and North Carolina. Defendant is seen tagging employees at his and other radio stations to further ruin Plaintiff's employability. **See Composite Exhibit "C"**

44. These include on-air employees of Beasley Media, such as Stu Robinson in North Carolina, who on 02/17/2017 wrote "You will never get fired from radio because you will NEVER work at one" and another Beasley Media on-air DJ at the time named Bootleg Kev, who interfered with Mr. Mishiyev's YouTube channels on 01/20/2019.

45. There is evidence and screen shots from other local Tampa radio stations like 93.3 FLZ which is an iHeartMedia owned station where their DJs admitted they didn't hire Mr. Mishiyev either because of what Mr. Davis has been doing and saying, such as in this public post seen from Jamie Ferrera an iHeartradio DJ and mix show coordinator on 02/16/2017 that states "We didn't hire him like 20 times". This stems from the picture Mr. Davis has painted of Mr. Mishiyev over the years, behind closed doors, on the air, in private, on the internet and even in public in front of many witnesses.

46. Mr. Mishiyev is Jewish and his allegations and accusations of antisemitism by Defendant were reaffirmed on 07/01/2021 by a former employee Skyla Lucky who was the traffic reporter working for Mr. Davis at the time, she heard and saw the Defendant Mr. Davis making fun of employees on Jewish Holidays several times. She even put in a complaint, but no action was taken by Beasley executives. **See Composite Exhibit "D"**

47. In a social media post from 02/16/2017, a radio DJ from 93.3FLZ named David Martinez made a comment underneath a video Defendant Davis posted that said, "Tell you one thing Orlando Davis, lol iHeartMedia doesn't want him either", referred to the ongoing efforts of Mr. Davis to exclude Mr. Mishiyev from work opportunities in the entertainment or radio industry.

48. For example, Mr. Mishiyev used to work at Club 1509 aka Club Skye on a contract where he was the promoter and DJ. He invented "Best of Both Worlds" on the weekends at this club in Ybor City and worked hard and invested a lot of money to build a crowd, until Mr. Davis came to this nightclub in 2005 and sabotaged the Plaintiff for the first time and got his contract cancelled after he lied to the club owners and said Plaintiff used illicit drugs and that white boys should not be throwing Hip hop parties. Mr. Davis got Mr. Mishiyev fired from his own event and took Plaintiff's contract over for the next 20 years, up until this year on 02/25/2023 as seen on the advertising flier in the Exhibits of this complaint. **See Composite Exhibit "G"**

49. Defendants only stopped these broadcasts because Plaintiff threatened a lawsuit. It is well known that Defendants stole Plaintiff's "Best of Borth Worlds" event creation, which made Club Skye, Beasley Media Group, Wild 94.1FM and Mr. Davis well over $5,000,000 (Million) dollars, all based on Plaintiff's ideas and promotions he created at Club Skye located at 1509 E 18th Ave, Tampa, FL 33605. Although Mr. Mishiyev paved the way for the Defendants to profit at this club, he was never offered an opportunity to come back and work there after numerous attempts. Wild 94.1FM broadcasted their Friday/Saturday night B.O.M.B. on the air promoting and profiting off Plaintiff ideas for 20 years. Mr. Mishiyev has photos of his events at Club Skye to prove his allegations and a key witness affidavit. **See Composite Exhibit "E"**

50. Mr. Mishiyev is an honest hard-working person and has always promoted a drug-free lifestyle and is willing to take a drug test to prove his case. There were never any fights or

violence at Mr. Mishiyev's events. After Defendant got Plaintiff fired from Club Skye and Beasley's radio station took over, many fights and even gun violence has occurred at Club Skye. What was once a classy event hosted by Mr. Mishiyev and his friends, turned into a violent thugged out nightclub hosted by Mr. Davis and his Wild 94.1FM DJ's. Mr. Mishiyev suspects that Mr. Davis was jealous and envious of Mr. Mishiyev's image, talents, the type of crowd he drew, the superstar potential he held but instead of helping him, he decided to destroy the competition with Sabotage using his corporate radio platform. Mr. Mishiyev is a self-employed DJ and a student trying to find a stable job while dealing with this horrific nightmare of constant attacks from Mr. Davis and his affiliates.

51. On April 17, 2021, Mr. Davis released an incriminating smoking gun video on Instagram which was unprovoked by Mr. Mishiyev and seen by many local industry and national contacts which. This video remains on-line to this day. Plaintiff would like to play and present this video evidence to the court at a hearing and believes if a Jury would see this video, Mr. Davis would be found guilty of sabotaging Mr. Mishiyev and his DJ career.

52. Meanwhile, Mr. Davis and Beasley Media (Wild 94.1FM) are still making money off Club Skye on the weekends where their DJs and station get paid at a club that Mr. Davis got Mr. Mishiyev fired from on or about December 11, 2004.

53. This pattern of sabotage stems back many years and evidence will also show that in the Summer of 2006, there was a nationwide music video contest (the "contest") in Tampa Bay and the record label of Mr. Mishiyev "Hot4ever LLC" received a lot of positive media attention in Tampa and local support, however Mr. Davis did not support Mr. Mishiyev or his recording artist and instructed his on-air DJs at Wild 94.1FM to throw the CD's in the garbage and not play any songs from any artists associated with the Plaintiff Mr. Mishiyev.

54. Mr. Mishiyev's artist Dan Taub AKA Verbal Science did not win the contest because Defendant used his contacts and connections at Epic Records to make sure they did not win this contest, which had as its grand prize, a record deal with EPIC Records, instead DJ Khaled got a deal with Epic Records in 2006. Mr. Mishiyev believes DJ Khaled a Palestinian radio DJ turned Record Executive from Miami, who's worth 75 million dollars, paid off and teamed up with Mr. Davis to sabotage and blackball the Plaintiff DJ Short-E a Jewish white DJ who was on his way to national success. This type of ruthless behavior is evil and should not be tolerated, thus why discovery is so important in this case.

55. In the radio and music business independent artists like Mr. Mishiyev need to be cordial with people like Mr. Davis and Radio stations like Beasley media and Mr. Mishiyev tried for 20 years to avoid a lawsuit but after Mr. Davis publicly admitted what he's been doing for the last 20 years, Mr. Mishiyev had no choice. Again, this can be corroborated.

56. After many years of turning down Mr. Davis' sexual advances and enduring unprofessional comments and conduct from Mr. Davis, a former Jewish employee <u>Allison Gordon</u> AKA 'Ali That Girl', left her employment at Wild 94.1FM and is willing to provide testimony and evidence in this matter as to the conduct of Mr. Davis as it relates to the allegations of Mr. Mishiyev.

57. Plaintiff prays and respectfully requests that all these social media screenshots and text messages be carefully reviewed by this court which are attached to the end of this Complaint as exhibits.

58. While Wild 94.1 is owned by Beasley, there is little to no supervision by on-air personalities such as Mr. Davis, as long as their stations are successful.

59. Mr. Mishiyev has been harmed and suffered unrepairable damage to his reputation and livelihood so badly that he had to file Bankruptcy in 2021. Plaintiff lost his local DJ jobs, he lost his YouTube channels, he has no ability to perform as he once did in Tampa, Florida and beyond and through being sabotaged by Mr. Davis, he is not able to perform at Wild 94.1 or any other Beasley and competing Florida radio stations.

60. Mr. Mishiyev has, through the actions of Mr. Davis lost over <u>$150,000</u> of yearly revenue, with the damages continuing to accrue and believes he is owed over <u>$10,000,000</u> (MILLION) dollars in lost revenue over a span of 20 years starting in 2004 ending in 2023.

61. Furthermore, based on evidence, information obtained and belief, Mr. Davis is engaged in a long-standing illegal **PAY TO PLAY SCHEME** known as "payola" or a form of bribery, and the owners of Beasley Media Group know it! **See Composite Exhibit "J"**

62. An example of Payola is when artist and/or their managers or record labels will pay/bribe radio stations and on-air personalities or DJ's money to play certain songs in "heavy rotation" (meaning the songs are played repeatedly) or play certain songs at nightclub events so that those artists and songs will then become popular and be successful. Sometimes even bribing Mr. Davis for an employment position as well.

63. Mr. Mishiyev has also obtained a notarized affidavit from his key witness, Eric Green, detailing his firsthand experiences with Mr. Davis preventing the Plaintiff Mr. Mishiyev from conducting business in the Tampa, Florida area.   That affidavit is attached to this pleading as **Composite Exhibit "E".**

64. Mr. Mishiyev is not a racist and has many Black, African American friends, however there is a prevalent undercurrent in the hip-hop industry of White DJ's and rappers being called "culture-vultures", or "wannabes", etc.

65. It was this type of prejudice that has led to many of the hostilities that Mr. Davis has directed at Mr. Mishiyev, who is White and Jewish.

66. Mr. Davis believes that White and/or Jewish people such as Mr. Mishiyev should not be involved in the hip-hop industry, unless they meet his stamp of approval.

67. All of this came to a very violent confrontation when or about **April 13th, 2021**, when Mr. Mishiyev went to a place called American Social in Tampa, Florida with his friend Alex Rodriguez. **See Composite Exhibit "H"**

68. Mr. Davis must have stalked and showed up and waited outside of the establishment for Mr. Mishiyev to leave and then attempted to start a physical altercation.

69. Mr. Davis first made fun of Mr. Mishiyev for representing himself *pro-se* in this lawsuit, as by that time, Mr. Mishiyev did not have a lawyer for this lawsuit.

70. Mr. Davis noticed that Mr. Mishiyev was wearing a Star of David Jewish symbol around his neck that night and lunged towards Plaintiff aggressively and stated, "I'll slap the shit out of your white Jewish ass right now, you will never get work in this town."

71. Mr. Davis also stated, "I don't hire people like you at my station."

72. Mr. Mishiyev only weighs 150 pounds and was there with one person, while Mr. Davis weighs close to 300 pounds and had an entourage of people with him.

73. Quite frankly, Mr. Davis is out of control and his employer, Beasly needs to curtail his outrageous and racist conduct.

74. When Mr. Mishiyev stated that he was not able to afford a lawyer and that Mr. Davis had the luxury of having his lawyer paid for by his employer Beasley, Mr. Davis become further enraged and stated, "I will slap the shit out of your Jewish ass."

75. It is clear that Mr. Davis has ongoing hate and prejudice against people of Jewish heritage.

76. Mr. Mishiyev was in fear for his life, and it was only after security at the establishment intervened that Mr. Davis did not physically attack Mr. Mishiyev.

77. Alex is willing to testify in this matter regarding this incident.

78. Anti Semitism is evil and the Anti Slapp motion does not allow a national corporation like Beasley Media and its program director or hiring managers like Orlando Davis to sabotage a competitor, especially a local one who is a self-employed Jewish immigrant. It is illegal to sabotage a competitor. Keep in mind Defendant holds an influential position and is a public figure heard on the radio for 20 years as the morning show host on Wild 94.1FM, but the Plaintiff, a once sought after DJ is now a struggling unemployed student who was forced in Bankruptcy.

79. Governor DeSantis signed a new anti-Semitic bill (HB 269) in 2023. See section 2, Subsection (9) of section 784.048, Florida 58 Statutes, is renumbered as subsection (10), and a new subsection 59 (9) is added to that section, to read: 60 784.048 Stalking; definitions; penalties.— 61 (9) A person who willfully follows, harasses, or 62 interferes with another person's quiet enjoyment based on the 63 person's wearing of religious-based garments or garments 64 commonly associated with a particular religious or ethnic group 65 or any other indicia of any religious or ethnic heritage commits 66 the offense of aggravated stalking, a felony of the third 67 degree, punishable as provided in s. 775.082, s. 775.083, or s. 68 775.084. A violation of this subsection shall be considered a 69 hate crime for purposes of the reporting requirements of s. 70 877.19.

80. Mr. Mishiyev was wearing a religious-based garment the day Defendant Assaulted him at American Social Restaurant in Tampa.

## COUNT I – ALL DEFENDANTS
## (CIVIL RIGHTS ACT OF 1866 - INTENTIONAL RACIAL DISCRIMINATION)

81. Plaintiff asserts and re-alleges the allegations set forth above, as if fully set forth herein.

82. Defendant has engaged in intentional racial discrimination, in violation of 42 U.S.C. §1981, which is part of the Civil Rights Act of 1866.

83. By the conduct described above, Defendants intentionally deprived the Plaintiff of the same rights as are enjoyed by white citizens to the creation, performance, enjoyment, and all

benefits and privileges, of their contractual employment relationship with Defendant, in violation of 42 U.S.C. §1981 ("Section 1981").

84. As a result of Defendant's discrimination in violation of Section 1981, the Plaintiff has been denied employment opportunities providing substantial compensation and benefits, thereby entitling him to injunctive and equitable monetary relief; and Plaintiff has suffered anguish, humiliation, distress, inconvenience and loss of enjoyment of life because of Defendant's actions, thereby entitling him to compensatory damages.

85. In its discriminatory actions as alleged above, Defendant has acted with malice or reckless indifference to the rights of the Plaintiff, thereby entitling him to an award of punitive damages.

86. As a direct result of these practices, Plaintiff has suffered damages, including, but not limited to, lost past and future income, compensation, and benefits.

**WHEREFORE,** Plaintiff, Mr. Mishiyev demands judgment against the Defendants for compensatory damages, punitive damages and an award of reasonable attorneys' fees and costs and further relief as the Court may deem just and proper.

## COUNT II – AGAINST MR. DAVIS
## (DEFAMATION)

87. In 2023 Governor DeSantis introduced a new bill HB 991 which states: Defamation, False Light, and Unauthorized Publication of Name or Likenesses: Provides that journalist's privilege does not apply to defamation claims when defendant is professional journalist or media entity; revises provisions concerning venue for certain actions; provides for attorney fees & costs to prevailing plaintiffs in certain actions; specifies certain persons may not be considered public figures; provides certain allegations are defamatory per se; provides statutory damages to prevailing plaintiffs who are subject of such allegations; creates presumption that statement by anonymous source is presumptively false; provides public figure does not need to show actual malice to prevail in defamation action...

88. Plaintiff asserts and re-alleges the allegations set forth above, as if fully set forth herein.

89. This is an action against Mr. Davis in his capacity as an on-air personality for Wild 94.1, which is owned by Beasley and individually for damages for his Defamation published against Mr. Mishiyev.

90. Mr. Davis's false defamatory oral and written statements (the "defamatory statements") were intentionally published on his social media and was shared among dozens of people in the hip-hop music industry and caused Plaintiff actual harm that can be provable.

91. The statements were untrue and made with the actual intent to sabotage with malice.

92. Mr. Davis made the defamatory statements with knowledge of the falsity or with reckless disregard for their truth or falsity and in complete and reckless disregard of it devious, harmful effect on Plaintiff's business and personal reputation. **See Composite Exhibit "B"**

93. Mr. Davis published the defamatory statements with ill will, hostility and with the intent to injure and harm Mr. Mishiyev and his good reputation.

94. The Defamatory statements were used to hinder Plaintiff's employability.

95. As a direct and proximate result of the defamatory, malicious and slanderous publications, Mr. Mishiyev's business and personal reputation has been harmed, he has lost contracts, jobs, prospects for employment, and in general, incurred injury to their reputation in the music industry.

96. In 2011, Plaintiff was featured in a full-page newspaper article in the Tampa Bay Times and was on his way to making a comeback here in the Florida market, until Mr. Davis decided to put a stop to it by defaming the Plaintiff on his morning show just days later. This is not common radio talk as Mr. Davis has not done this to any other DJ in Tampa Bay, he specifically targeted the Plaintiff DJ Short-E, with intent to stop his momentum out of envy and jealousy. Mr. Davis wants to run the Tampa Bay Market and will do whatever it takes to retain his position of power. It is important to note that Beasley Media Group and Defendant Davis have advertising/sponsorship ties. Although Tampa Bay Times used to give Plaintiff lots of positive and free press prior to this incident in 2011, this was the last time they supported Plaintiff. **See Composite Exhibit "I"**

97. Mr. Mishiyev has not been able to find employment since 2011, the same year that Mr. Davis began to publicly and privately to 3rd parties Sabotage Mr. Mishiyev using all his resources given to his employer Beasley. Again, please **See Composite Exhibit "B"**

98. This has continued in a pattern of illegal behavior up until today in 2023 and would set a bad precedent against self-employed independent artists if it is allowed to continue.

99. It is important to note that not all of these examples in this complaint are being alleged to be within the statute of limitations but instead are being used to show this court a pattern of behavior which not only ruined the Plaintiff employment opportunities and reputation but also sabotaged his business and put him in Bankruptcy. Actual harm has occurred.

100.      Plaintiff has also suffered mental anguish, humiliation, shame, embarrassment and losses of more than $10,000,000 (Million dollars) in past and future earnings.

**WHEREFORE**, Plaintiff, Mr. Mishiyev demands judgment against the Defendants for compensatory damages, punitive damages and an award of reasonable attorneys' fees and costs and further relief as the Court may deem just and proper.

## COUNT III – ALL DEFENDANTS
## (VIOLATIONS OF FLORIDA'S UNFAIR AND DECEPTIVE TRADE PRACTICES ACT, CHAPTER 501, PART II, FLORIDA STATUTES)

101.      Plaintiff asserts and re-alleges the allegations set forth above, as if fully set forth herein.

102.      Pursuant to § 501.204 (1), Florida Statutes, "Unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful."

103.      As set forth in the above paragraphs, Defendants have engaged in a pattern of misinformation, deception and unconscionable acts and practices, and unfair and deceptive acts and practices in the conduct of trade and commerce with regards to the lease agreement and the failure to make repairs to the Property.

104.      Pursuant to § 501.211 (1), Florida Statutes, "Without regard to any other remedy or relief to which a person is entitled, anyone aggrieved by a violation of this part may bring an action to obtain a declaratory judgment that an act or practice violates this part and to enjoin a person who has violated, is violating, or is otherwise likely to violate this part."

105.    Furthermore, pursuant to § 501.211 (2), Florida Statutes, "In any action brought by a person who has suffered a loss as a result of a violation of this part, such person may recover actual damages, plus attorney's fees and court costs as provided in s. 501.2105."

106.    Defendants have willfully engaged in the acts and practices as outlined in the above paragraphs, when they knew or should have known that such acts and practices were unfair and deceptive or otherwise prohibited by law.

107.    These above-described acts and practices of the Defendants have injured and will likely continue to injure and prejudice the Plaintiff.

108.    Unless the Defendants are temporarily and permanently enjoined from engaging further in the acts and practices complained of herein, the Defendant's actions will result in irreparable injury to the Plaintiff for which there is no adequate remedy at law.

109.    As a direct and proximate result of Defendant's unfair and deceptive practices, Plaintiffs have incurred damages substantially in excess of $30,000.00, which include, *inter alia*, direct and consequential damages, extra expenses, loss of profits, attorney's fees and damage.

**WHEREFORE**, Plaintiff, Mr. Mishiyev demands judgment against the Defendants for compensatory damages, punitive damages and an award of reasonable attorneys' fees and costs and further relief as the Court may deem just and proper.

## COUNT IV – AGAINST MR. DAVIS
## (INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)

110.    Plaintiff asserts and re-alleges the allegations set forth above, as if fully set forth herein.

111.    The acts of Mr. Davis described herein constitutes outrageous conduct against Mr. Mishiyev. These acts terrorized Mr. Mishiyev and were intended to cause Plaintiffs to suffer emotional distress, or, in the alternative, Mr. Davis engaged in the conduct with reckless disregard of the high probability of causing Mr. Mishiyev to suffer emotional distress.

112.    Mr. Mishiyev suffered severe emotional distress and the outrageous conduct of Mr. Davis was a cause of the emotional distress suffered by Mr. Mishiyev.

113.     The outrageous conduct of Mr. Davis constitutes intentional infliction of emotional distress and is actionable under the laws of the State of Florida.

**WHEREFORE,** Plaintiff, Mr. Mishiyev demands judgment against the Defendants for compensatory damages, punitive damages and an award of reasonable attorneys' fees and costs and further relief as the Court may deem just and proper.

## COUNT V – AGAINST BEASLEY
## (NEGLIGENT SUPERVISION)

114.     Plaintiff asserts and re-alleges the allegations set forth above, as if fully set forth herein.

115.     At all times relevant, Mr. Davis was employed by Wild 94.1, which is a radio station that is owned by Beasley and listed as one of the radio stations owned by Beasley on its website, www.bbgi.com and at https://bbgi.com/brands/

116.     Negligent supervision requires proof: 1) that an employer had actual or constructive knowledge of the employee's harmful propensities, *ACTS Ret.-Life Cmtys. Inc. v. Estate of Zimmer*, 206 So. 3d 112, 114-15 (Fla. Dist. Ct. App. 2016)

117.     In this matter, Beasley has actual or constructive knowledge of the harmful propensities of Mr. Davis as Plaintiff has emailed and called Beasley Media Group to complain about this several times over the years even on 08/22/2023, but both Defendants did not respond to any complaints or settlement attempts.

118.     As a direct and proximate result of the defamatory, malicious and slanderous publications, Mr. Mishiyev's business and personal reputation has been harmed, he has lost contracts, jobs, prospects of future employment, and in general, incurred injury to their reputation in the entertainment, music and radio industries.

119.     Beasly failed to supervise Mr. Davis or to supervise the managers of the Wild 94.1 radio station after numerous complaints made by Plaintiff and other former Employees.

120.     Mr. Mishiyev was threatened by one of Mr. Davis's radio fans when he received a violent text message along with a picture of a gun on 06/16/2023. The police report number for this incident is 23-256778. This stems from the bullying and the inciteful rhetoric of

Defendant Mr. Davis who has been emboldened and allowed to abuse his position of power to enrich himself for personal gain.

**WHEREFORE**, Plaintiff, Mr. Mishiyev demands judgment against the Defendants for compensatory damages, punitive damages and an award of reasonable attorneys' fees and costs and further relief as the Court may deem just and proper.

### COUNT VI – AGAINST MR. DAVIS
### (ASSAULT)

121.     Plaintiff asserts and re-alleges the allegations set forth above, as if fully set forth herein.

122.     The basic elements which establish an assault are an awareness by the victim of imminent peril or fear of imminent bodily harm, coupled with an apparent present ability to inflict injury. *Earven v. State*, 2021 Fla. App. LEXIS 14004 (Fla. 1st DCA 2021)

123.     Mr. Davis placed Mr. Mishiyev in a position where he was aware of imminent peril or fear of imminent bodily harm, coupled with an apparent present ability on the part of Mr. Davis to inflict injury.

124.     On another note, Defendant Davis's arrogance almost got someone killed when he was recently arrested on DUI charges with injury and property damage to another car/persons on July 22nd, 2023, **See Composite Exhibit "F"**

**WHEREFORE**, Plaintiff, Mr. Mishiyev demands judgment against the Defendants for past and future compensatory damages, punitive damages and an award of reasonable attorneys' fees and costs and further relief as the Court may deem just and proper.

### COUNT VII – ALL DEFENDANTS
### (INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS)

124.     Plaintiff asserts and re-alleges the allegations set forth above, as if fully set forth herein.

125.     As a result of the interference against his DJ and event business, Plaintiff lost his livelihood, his fiancé, his good reputation and had to file for Chapter 7 Bankruptcy.

126.    The actions of Defendants as previously described constitute a knowing intentional and unjustified interference with his business relationships.

127.    As a proximate cause and result of the unlawful actions of Defendants, Plaintiff has suffered damages, including loss of income, loss of profits, and loss of business goodwill and business relationships.

128.    Under Florida law, the elements of tortious interference are: (1) the existence of a business relationship, even if not evinced in a formal written agreement; (2) that the defendant knew of the relationship; (3) the defendant intentionally and unjustifiedly interfered with the relationship; and (4) damage to the plaintiff as a result of the breach of the relationship. *Ethan, Allen, Inc. v. Georgetown Manor, Inc.,* 647 So.2d 812, 814 (Fla.1994)

129.    "Claims for tortious interference do not have to be pled with specificity. *See Proctor & Gamble, Co. v. Haugen,* 222 F.3d 1262, 1279 (10th Cir.2000) (tortious interference with business relationship claims must be pleaded in accordance with federal standard set forth in Federal Rule of Civil Procedure 8(a)). Under the Federal Rules a plaintiff is only required to include "a short and plain statement of the claim showing that the pleader is entitled to relief." *Bray & Gillespie Management LLC v. Lexington,Ins.,* 527 f. Supp. 2d 1355 (M.D. Fla 2007)

**WHEREFORE**, Plaintiff, Mr. Mishiyev demands judgment against the Defendants for compensatory damages, punitive damages and an award of reasonable attorneys' fees and costs and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury on all issues within this Complaint.

RESPECTFULLY SUBMITTED this 28th day of August 2023.

By: _Erik Mishiyev_

Plaintiff, ERIK MISHIYEV

5000 Culbreath Key Way # 1-317

Tampa, FL 33611

**COMPOSITE EXHIBIT "A"**



Alli That Girl >

> Cool thx for the connect need as much help as I can get

> My life has been turned upside down I wouldn't be surprised if he had something to do with getting my YouTube channels taken down. Bootleg kev in LA came at me for no reason one day when I lived out there. Never met that dude... 🤷‍♂️

Dude I have a vested interest in seeing you succeed. This man traumatized me with 18 years of emotional and verbal abuse. Btw almost anyone who worked there witnessed him vowing to ruin you so there's lots of people your attorney can call believe me!

Text Message

**COMPOSITE EXHIBIT "B"**



**COMPOSITE EXHIBIT "C"**

THIS VIDEO IS <u>FOUND ON DEFENANTS INSTAGRAM PAGE IN 2023</u> @IAMORLANDODAVIS WHILE HE WAS
WORKING INSIDE BEASLEY MEDIA GROUP'S BUILDING THAT HOUSES THEIR RADIO STATIONS.



# "I'M THE REASON DJ SHORT-E DIDN'T MAKE IT FOR THE LAST 20 YEARS"

## -ARLANDAL ORLANDO DAVIS









.ıll T-Mobile Wi-Fi 📶  9:37 AM                    ↗ 🔋

Following                          You

 **bootlegkev** commented: It's 
funny I lived in Tampa 2+
years and u never were
booked a single time at
Drynk or The Lodge like I
was on a weekly basis.
Everyone laughs at u in ur
own home town. That's
gotta suck. Go cry urself to
sleep fuck boy 4m

 **bootlegkev** commented: U 
obviously aren't a talent.
Your claim to fame is
making youtube mixes.
That's all. My resume
speaks for its self buddy.
You sir, are a corny little old
dick head who obviously is
delusional 🤣😂🤣😂
again go make another
corny Youtube mix, that u
can't get paid off of. Make
"Mega Dance Mix End Of
2017" wrap up or some shit
lol 5m

            

**COMPOSITE EXHIBIT "D"**

5:52

+1 (727) 239-3643 >

Add and share your name and photo
Set Up...

Luckeysky@gmail.com

Hey skyla thanks for trying to help.

What happened with you and O?

I was his traffic reporter. I heard him make fun of Alli several times for being Jewish. Not cool. He and the former GM Mike what's his face were in the hallway one day on a Jewish holiday making fun of her. I'd heard enough and contacted their HR on him. HR didn't do anything. Instead, they moved me to Tampa to report from the iHeart Media building. (At the time they had a contract with Total Traffic Network owned business iHeart...that's why they could do that.)

iMessage

**COMPOSITE EXHIBIT "E"**

## AFFIDAVIT OF ERIC GREEN, IN SUPPORT OF ERIK MISHIYEV

STATE OF Florida )

              SS:

COUNTY OF Volusia )

    BEFORE ME, the undersigned authority, personally appeared ERIC GREEN, who after being duly sworn, deposes and states as follows:

1. My name is Eric Green, Founder of Boys 2 Men International, a non-profit 5013c organization. In exchange for Erik Mishiyev ("Mr. Mishiyev") lending his services on our board of directors, I agreed to call the local bars and nightclubs to try and book Mr. Mishiyev aka DJ Short-e because I remember him as one of the Bay area's most sought out and successful DJs in the past.

2. From January 2020 to 2022 I called various venues all throughout the Tampa, Florida ("Tampa") area.

3. On December 18, 2020, I met with a popular nightclub owner named Gene Osteen at his office located behind Club Envy in Tampa, FL.

4. During my meeting with him, Gene proceeded to state that he liked DJ Short-e but it was a risk to hire him because of what Orlando Davis and Beasley media employees said to him on **Friday November 11th, 2020**, specifically about him being a cocaine user, and that he doesn't want his business to be caught up in any bad publicity. Defendant and his employees said these statements on behalf of Beasley media in an attempt to sabotage their competitor. Mr. Mishiyev and I

believe that was not hired because of what Mr. Davis and some of his employees said to Gene Osteen on or about 11/11/2020 and many other dates over the years.

5. I am willing to testify as to this, in court and under oath.

6. On another note, I've known Mr. Mishiyev since 2005 and know for a fact that he does not use cocaine.

7. I also called Club Skye to see if I could book Mr. Mishiyev there since he worked at this venue from 2004-2005 before Orlando Davis got him fired from his residency there and brought in the radio station DJs. Ownership at Club Skye or a employee named Alfredo, or whoever answered their phone stated that Orlando would not want DJ Short-e playing there at all, not even on the days Wild 94.1FM wasn't doing their live broadcast.

8. I called several other venues, including Hyde Park Café, The Kennedy and many more, but they all seemed to give me the cold shoulder after I mentioned Mr. Mishiyev stage name DJ Short-e. I was shocked because when I first met Mr. Mishiyev he was booked 3 to 4 nights per week and had a great following.

9. I am a former army vet with a slight disability, but I can recall an event that my organization produced where I had Mr. Mishiyev and Mr. Davis working together coincidentally. I tried to introduce Mr. Mishiyev to Mr. Davis at Wild 94.1 studios just a couple days later but Mr. Davis seemed to avoid my attempt to help DJ Short-e get a gig on the radio.

10. In my opinion I believe Mr. Davis views Mr. Mishiyev as a threat and instead of trying to help him he has been out to destroy his good name and DJ career in the radio and music industry by sabotaging his main competitor.

11. I also believe Mr. Davis's actions interfered with our on going programs and events to continue to help our childen.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

BEFORE ME, the undersigned authority, personally appeared ERIC GREEN,

personally known to me or who produced FLDL G650-212-58-088-0 , as

identification, who under oath, executed the foregoing on 26th , JUNE,

2023.

PHILIP CLARK
Notary Public
State of Florida
Comm# HH293501
Expires 7/26/2026

_____
NOTARY PUBLIC
My commission expires: 7/26/2026

**COMPOSITE EXHIBIT "F"**



10:46

## HCSO Arrest Inquiry

Inmate
# DAVIS, ARLANDAL ENNIS





**Booking Number:** 2023-23360
**Arrest Date:** 07/22/2023
**SOID:** 00519706
**SOID Name:** DAVIS,ARLANDAL
**Arrest Age:** 52

**DOB:** 06/21/1971
**POB:** IN
**Current Age:** 52
**Sex:** M
**Race:** B
**Ethnicity:** N
**Eyes:** BRO
**Hair:** BLD
**Height:** 5'11
**Weight:** 302



**COMPOSITE EXHIBIT "G"**



COMPOSITE EXHIBIT "H"



**COMPOSITE EXHIBIT "I"**

LISTS | TECHNOLOGY

January 7, 2011

# ON THE SHORT LIST

Erik Mishiyev, a.k.a. DJ Short-e, has been an aspiring mogul since high school, when he got his first turntable. Since then, he's DJ'd at clubs around the world, interviewed celebrities like Trina, Pharell Williams and David Blaine, developed a network of nightlife websites and created a local-access TV program, *The Short-e Show*, that aired in the mid 2000s. • Building such a resume requires Mishiyev to maintain huge scrolls of business contacts, e-mail addresses, music mixes, VIP guest lists and more. • Mishiyev, 32, now splits his time between Tampa, New York and Miami, where he's working on an updated version of *The Short-e Show*. We recently chatted about the technology he uses to build his brand — and perhaps someday an empire. — Jay Cridlin cridlin@tampabay.com

### STEP 1: GET CONNECTED

Networking is all about connections, and Mishiyev began making them at an early age. "Before there was the Internet, I was actually a computer nerd. I had my own Bulletin Board System, a BBS — I used to run a BBS as a high school kid with like three phone lines in my basement." His website went up in 1996. "They'd see a section where they could put their e-mail address and click submit, and be part of my newsletter list. I'd build my list that way." Today he estimates he has about 25,000 contacts, including e-mail addresses, cell numbers and social media. He uses an e-mail marketing service called Mad Mimi to keep his database intact.

### GO DIRECT WITH TEXT

In New York, Miami and Tampa, Mishiyev has a collection of cell numbers that he can utilize for direct-text alerts. When he's in town for a gig, he can let hundreds of friends know with a few thumb-strokes. "But you don't want to be too annoying with it," he says. "I don't have 10,000 cell-phone numbers — I just don't talk to that many people. ... I know promoters who pay for that stuff and do that. But I'm more personal when it comes to the cell-phone thing."

> **DJ Short-e**
>
> He'll be celebrating his birthday with a party the week of Jan. 17 at Hyde Park Cafe in Tampa. Watch short-e.com for details.



Handout photo

**Aspiring music mogul DJ Short-e offers networking tips.**

### WATCH AND LEARN

These days, Mishiyev's endgame is getting people to check out his YouTube channel (youtube.com/theshorteshow), which is a source of revenue that enhances his brand. "I like to use the e-mail list to get my videos to go viral," he says. "An event is great, but if you want to get a video out, it's all basically people clicking on the link, checking out the video, interacting, commenting, rating the video, sharing the video." Over the years, he has calculated that for his videos to get optimal attention, the best time to send out a link is late in the week, around 7 p.m., so people on both coasts can check it out during prime surfing hours. His strategy seems to be working — Mishiyev's YouTube videos get 5,000 hits a day, and have drawn more than 10 million views since 2006.

### CREATING PLAYLISTS

"To this day I still would like to represent on the radio, or

be syndicated nationally," Mishiyev says. "That's the goal." To help him get there, he creates monthly Top 40 playlists for AOL Radio. When he's in a club, though, his strategy is based on that night's vibe. "A lot of times I'll do what's called open format — I'll read the crowd, and based on my experience and keen eye and unique tastes for music, I'll play something that'll make everybody happy. But I tend to like to keep the ladies happy, primarily. As long as the girls are dancing, everybody's happy."

### MANAGING IT ALL

So how does Mishiyev manage his personal to-do list? Simple: A virtual assistant. "She's in New York," he says. "She has a spreadsheet where she keeps my booking log, my contacts, my promoter list, the different people we want to touch this coming year, some of our goals." When he's in a city for an extended period, he sometimes hires a temporary assistant who knows the scene. But it's usually just someone young who wants experience. "I'm not P. Diddy yet," he laughs. "I just can't put people on a salary."

January 7, 2011

**COMPOSITE EXHIBIT "J"**



◀ Gmail .ıl 🛜                11:51 AM                🔋

◀ 17                              A

                            Alli That Girl ›

Miami owns Tampa

You may want to hit up Morgan
and Morgan dude is a publicity
hound so he does a lot of pro
Bono

Somethings not right can't
pinpoint it exactly

They will have a conflict or
interest I think they advertise
on wild

I'll try tho!



I have a lot of payola info too.
Hes in bed with Izzy Sanchez
ripping off local artists its big.
We need a private investigator

Morgan has zero loyalty to wild
believe me

📷   Ⓐ   ⎵ Text Message            ⬆