UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


ERIK MISHIYEV,

     Plaintiff,

v.                                  Case No. 8:23-cv-01940-KKM-TGW

BEASLEY MEDIA GROUP, LLC, and
ARLANDAL ORLANDO DAVIS,

     Defendants.

_____

## ORDER

On September 13, 2023, the Magistrate Judge entered a Report and Recommendation, recommending that Plaintiff Erik Mishiyev's Complaint, (Doc. 1), be dismissed and his Motion to Proceed In Forma Pauperis, (Doc. 2), be denied. R&R (Doc. 3). The Clerk mailed a copy of the Report and Recommendation to Mishiyev the next day. Mishiyev's deadline to object to the Magistrate Judge's Report and Recommendation has passed without him lodging an objection. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(d). Considering the record, the Court adopts the Report and Recommendation for the reasons stated therein and dismisses Mishiyev's complaint with leave to amend. The Court also denies Mishiyev's motion to proceed in forma pauperis.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, the Court adopts the Report and Recommendation. Mishiyev's complaint is an impermissible shotgun pleading that fails to comply with the Federal Rules of Civil Procedure, and his motion to proceed in forma pauperis is due to be denied.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 3) is **ADOPTED** and made a part of this Order for all purposes.

2. Mishiyev's Complaint (Doc. 1) is **DISMISSED** without prejudice. Mishiyev is granted leave to file a cognizable amended complaint that complies with the Federal Rules of Civil Procedure by October 26, 2023.

3.      Mishiyev's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

**ORDERED** in Tampa, Florida, on October 5, 2023.

Kathryn Kimball Mizelle
United States District Judge