UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

ERIK MISHIYEV,

Plaintiff,  Case No.: 8-23-cv-1940-kkm-tgw

v.

ARLANDAL ORLANDO DAVIS;

BEASLEY MEDIA GROUP, LLC;

Defendants.

_____/

### PRO SE PLAINTIFF'S MOTION FOR E-FILING ACCESS

COMES NOW, the Plaintiff, ERIK MISHIYEV a Pro Se litigant (the "Plaintiff" or "Mr. Mishiyev") respectfully requests to access and be able to file documents on-line with E-filing access.

RESPECTFULLY SUBMITTED on this 15th day of November 2023.

_____
Erik Mishiyev / Plaintiff

NOV 15 2023 AM9:40
FILED - USDC - FLMD - TPA

1