**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIK MISHIYEV,

    Plaintiff,

v.                              Case No. 8:23-cv-01940-KKM-TGW

ARLANDAL ORLANDO DAVIS, and
BEASLEY MEDIA GROUP, LLC,

    Defendants.

_____

NOV 20 2023 AM8:35
FILED - USDC - FLMD - TPA

**NOTICE OF A RELATED ACTION**

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____    IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

__X__    IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance of the party.

Dated: 11/20/2023

_____  11/20/2023

Erik Mishiyev / Pro Se
5000 Culbreath Key Way
Apt 1-317
Tampa, FL 33611