## AFFIDAVIT OF ERIC GREEN, IN SUPPORT OF ERIK MISHIYEV

STATE OF Florida )

                        SS:

COUNTY OF Volusia )

BEFORE ME, the undersigned authority, personally appeared ERIC GREEN, who after being duly sworn, deposes and states as follows:

1. My name is Eric Green, Founder of Boys 2 Men International, a non-profit 5013c organization. In exchange for Erik Mishiyev ("Mr. Mishiyev") lending his services on our board of directors, I agreed to call the local bars and nightclubs to try and book Mr. Mishiyev aka DJ Short-e because I remember him as one of the Bay area's most sought out and successful DJs in the past.

2. From January 2020 to 2022 I called various venues all throughout the Tampa, Florida ("Tampa") area.

3. On December 18, 2020, I met with a popular nightclub owner named Gene Osteen at his office located behind Club Envy in Tampa, FL.

4. During my meeting with him, Gene proceeded to state that he liked DJ Short-e but it was a risk to hire him because of what Orlando Davis and Beasley media employees said to him on **Friday November 11th, 2020**, specifically about him being a cocaine user, and that he doesn't want his business to be caught up in any bad publicity. Defendant and his employees said these statements on behalf of Beasley media in an attempt to sabotage their competitor. Mr. Mishiyev and I

believe that was not hired because of what Mr. Davis and some of his employees said to Gene Osteen on or about 11/11/2020 and many other dates over the years.

5. I am willing to testify as to this, in court and under oath.

6. On another note, I've known Mr. Mishiyev since 2005 and know for a fact that he does not use cocaine.

7. I also called Club Skye to see if I could book Mr. Mishiyev there since he worked at this venue from 2004-2005 before Orlando Davis got him fired from his residency there and brought in the radio station DJs. Ownership at Club Skye or a employee named Alfredo, or whoever answered their phone stated that Orlando would not want DJ Short-e playing there at all, not even on the days Wild 94.1FM wasn't doing their live broadcast.

8. I called several other venues, including Hyde Park Café, The Kennedy and many more, but they all seemed to give me the cold shoulder after I mentioned Mr. Mishiyev stage name DJ Short-e. I was shocked because when I first met Mr. Mishiyev he was booked 3 to 4 nights per week and had a great following.

9. I am a former army vet with a slight disability, but I can recall an event that my organization produced where I had Mr. Mishiyev and Mr. Davis working together coincidentally. I tried to introduce Mr. Mishiyev to Mr. Davis at Wild 94.1 studios just a couple days later but Mr. Davis seemed to avoid my attempt to help DJ Short-e get a gig on the radio.

10. In my opinion I believe Mr. Davis views Mr. Mishiyev as a threat and instead of trying to help him he has been out to destroy his good name and DJ career in the radio and music industry by sabotaging his main competitor.

11. I also believe Mr. Davis's actions interfered with our on going programs and events to continue to help our childen.

FURTHER AFFIANT SAYETH NOT.

_____
AFFIANT

BEFORE ME, the undersigned authority, personally appeared ERIC GREEN, personally known to me or who produced FLDL G650-212-58-088-0, as identification, who under oath, executed the foregoing on 26th, JUNE, 2023.

PHILIP CLARK
Notary Public
State of Florida
Comm# HH293501
Expires 7/26/2026

_____
NOTARY PUBLIC
My commission expires: 7/26/2026