UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,

v.                                                    CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

    Defendants.
_____/

## DEFENDANTS' NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c) Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") hereby certify that the instant action:

__X__     IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Erik Mishiyev v. Orlando Davis and Beasley Media Group, LLC*, Hillsborough County Case No. 2020-CA-8301. The case was dismissed on May 20, 2023 via the Court's Order Granting Defendants' Dispositive Anti-SLAPP Motion and Dismissing First Amended Complaint With Prejudice. It is currently on appeal before the Second District Court of Appeal, Case No. 2D23-1242.

_____     IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Defendants further certify that they will serve a copy of this NOTICE OF A RELATED ACTION upon each party no later than fourteen days after appearance

of the party.

Dated: December 4, 2023

                Respectfully submitted,

                SHULLMAN FUGATE PLLC

                */s/ Allison S. Lovelady*
                Rachel E. Fugate (FBN 144029)
                rfugate@shullmanfugate.com
                Allison S. Lovelady (FBN 70662)
                alovelady@shullmanfugate.com
                Sarah M. Papadelias (FBN 125098)
                spapadelias@shullmanfugate.com
                100 South Ashley Dr., Suite 600
                Tampa, Florida 33602
                Ph: (813) 935-5098
                *Attorneys for Beasley*