UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,

v.                                      CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

    Defendants.
_____/

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD

In his filing of December 4, 2024, Plaintiff Erik Mishiyev ("Mishiyev") asks the Court to supplement the record with a video (the "Video") taken on April 17, 2021 (Dkt. 23). Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") ask the Court to deny the Motion for two reasons.

First, the motion is procedurally improper because there is no underlying "record" to supplement. Second, the relief that Plaintiff seeks is unclear. For instance, Mishiyev may be seeking to file a copy of the physical Video with the Court, but no such relief is requested. Local Rule 3.01(a) states that a motion must include "a concise statement of the precise relief requested" and the basis for the request. Mishiyev did not comply with these requirements and his Motion should be summarily denied.

Additionally, on December 1, 2023, Mishiyev filed the same motion to

supplement the record in the State Court Case appeal pending in the Second District Court of Appeals, Case No. 2D23-1242, Filing No. 187156123. The fact that Mishiyev filed identical requests for the Video to be considered in both this case and the state court case demonstrates that his claims in this Court are barred as premised on identical parties and facts, as discussed in detail in Beasley's Motion to Dismiss (Dkt. 25). In any event, the statement in the Video – "…the reason DJ Short-e ain't made it the last 20 years" – was one of the statements alleged in the instant Amended Complaint (*e.g.* Dkt. 5 ¶ 88) and First Amended Complaint in the State Court Case. The defamation claim that included the alleged statement was considered and adjudicated in the State Court Case as a matter of law. (Order at Dkt. 26-6).

For these reasons, Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC, respectfully request that this Court deny Mishiyev's Motion to Supplement the Record.

Dated: December 18, 2023

Respectfully submitted,

SHULLMAN FUGATE PLLC

*/s/ Allison S. Lovelady*
Rachel E. Fugate (FBN 144029)
rfugate@shullmanfugate.com
Allison S. Lovelady (FBN 70662)
alovelady@shullmanfugate.com
Sarah M. Papadelias (FBN 125098)
spapadelias@shullmanfugate.com
100 South Ashley Dr., Suite 600
Tampa, Florida 33602
Ph: (813) 935-5098
*Attorneys for Beasley*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023 a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via CM/ECF and provided via email to erikmishiyev@gmail.com.

/s/ *Allison S. Lovelady*
Allison S. Lovelady