UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,                                                     Case No.: 8:23-cv-1940-KKM-TGW

v.

ARLANDAL ORLANDO DAVIS;
BEASLEY MEDIA GROUP, LLC;

    Defendants.

_____/

### PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO SUPPLEMENT THE RECORD WITH CRUCIAL VIDEO EVIDENCE

Plaintiff has met the general guidelines described in Local Rule 3.01(a) which states that a motion must include "a concise statement of the precise relief requested" and the basis for the request. Defendant's claim that Mishiyev did not comply with these requirements and his Motion should be summarily denied, but Plaintiff states this is false and dishonest unethical behavior by Defendant's to plead such a ridiculous argument in this motion. Plaintiff Mr. Mishiyev clearly stated his reasonings and again the precise relief requested is that this video is very significant because:

1. It is the smoking gun evidence that defendants are trying so hard to suppress which clearly shows Defendant Mr. Davis stating that he sabotaged the Plaintiff for an astonishing 20 years. This is not free speech, but instead an incriminating piece of evidence that proves there were harmful actions behind his words.

2. The Plaintiff's motion is justified simply because the video in question is mentioned in the Amended complaint filed with this court, thus should be allowed to be admitted so the judge(s) can decide for themselves without interference from opposing counsel.

Defendants also claim that this video should not be permitted because Mishiyev filed the same motion to Case 8:23-cv-01940-KKM-TGW in the State Court Case appeal pending in the Second District Court of Appeals, Case No. 2D23-1242, Filing No. 187156123. Defendants continue to misconstrue the allegations and facts unethically and claim the statement in the Video – "…the reason DJ Short-e ain't made it the last 20 years" – was one of the statements alleged in the Amended Complaint as a defamation claim but failed to state this instead deals with ANTI-SLAPP laws that are in the process of changing to <u>not protect</u> media personalities such as Defendants.

1. Plaintiff states this argument by the Defense is also false, as this statement is not what Plaintiff alleges as defamation, but instead this video should be viewed as Mr. Davis admitting he INTERFERED with Mr. Mishiyev's business and employment opportunities for 20 years, which caused actual harm to Plaintiff.

2. Witness Allison Gordon and Skyla Lucky who worked for Defendant's for 18 years reaffirms Plaintiff's claims that he and his self-employed business were in fact sabotaged which corroborates Plaintiff's allegations and debunks Defendant's argument that this video falls under defamation, but in reality, this video is to prove the NEW counts in this Federal case, such as business tort/interference and discrimination, sabotage, etc.

3. Defamation is just one of several counts that Defendant's attorneys are failing to address with this court to suppress the supplemental evidence.

4. Supplemental Authority has been discovered in the appellate case that rules in favor of the Plaintiff (McQueen v. Baskin ruling/opinion on 11/17/2023 filed by the 2nd DCA that involves ANTI-SLAPP law that states it does not protect actionable defamation, thus it was reversed by the appellate court in question. Also debunking Defendant's opposition motion.

5. The new Federal suit included NEW counts that were not mentioned in any state court cases and have new actions such as:

   1. INTENTIONAL RACIAL DISCRIMINATION IN EMPLOYMENT PURSUANT TO 42 U.S.C. §1981 AND THIS COURT HAS JURISDICTION OVER THOSE CLAIMS PURSUANT TO 28 U.S.C. § 1331.

   2. VIOLATIONS OF FLORIDA'S UNFAIR AND DECEPTIVE TRADE PRACTICES ACT, CHAPTER 501, PART II, FLORIDA STATUTES

   3. CIVIL RIGHTS ACT OF 1866 - INTENTIONAL RACIAL DISCRIMINATION

**WHEREFORE**, for these reasons, Plaintiff Erik Mishiyev respectfully requests that this Court grant Mr. Mishiyev's Motion to Supplement the Record.

Dated: December 18, 2023

Respectfully submitted,

**/s/Erik Mishiyev**
Plaintiff Pro Se
erikmishiyev@gmail.com

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2023 a true and correct copy of the foregoing was served on Defendants via CM/ECF and provided via email to their attorney's, rfugate@shullmanfugate.com and alovelady@shullmanfugate.com.

/s/ **Erik Mishiyev**
Erik Mishiyev



> Cool thx for the connect need as much help as I can get

> My life has been turned upside down I wouldn't be surprised if he had something to do with getting my YouTube channels taken down. Bootleg kev in LA came at me for no reason one day when I lived out there. Never met that dude... 🤷‍♂️

> Dude I have a vested interest in seeing you succeed. This man traumatized me with 18 years of emotional and verbal abuse. Btw almost anyone who worked there witnessed him vowing to ruin you so there's lots of people your attorney can call believe me!



