UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,                                Case No.: 8:23-cv-1940-KKM-TGW

v.

ARLANDAL ORLANDO DAVIS;
BEASLEY MEDIA GROUP, LLC;

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SUGGESTED BANKRUPCY

Plaintiff wanted to respectfully remind this court that he is still suffering and continues to be harmed in a pattern of unethical behavior spanning over 20 years and not only was he forced into filing 2 bankruptcy's because of the Defendant's action over the last two horrific decades, but he is unable to find stable employment and whenever he tries or gets close, the Defendant or one of their employees, friends or associates, interferes and stops him or gets him fired! The fact of the matter is, everyone (The Defendants) are still enjoying massive profits and getting paid stable salaries, all except the Plaintiff. While Beasley Media and Mr. Davis are worth millions of dollars, Mr. Mishiyev has been left in never-ending hardships, to the point that he recently had to sell his only condo just to pay his debts to survive. His livelihood has been destroyed and maliciously sabotaged from 2004-2024 as new incidents and claims have occurred on 12/31/2023 and the Plaintiff could file new lawsuits and or will amend this complaint if that is what the honorable judge prefers. The Plaintiff wanted to file a notice on the record respectfully stating:

1. The new federal lawsuit was not meant to harass the Defendants as it has NEW COUNTS that other filed cases do not include. Plaintiff is willing to amend this complaint and remove the counts that may cause conflict with any state cases filed.

1

2. Multiple witnesses including the Plaintiff have experienced 1st hand racism and antisemitism.

3. There is a confession video and overwhelming evidence and many witnesses on the inside and outside that can corroborate Plaintiff's allegations to be true.

**WHEREFORE**, for these reasons, Plaintiff Erik Mishiyev respectfully submits this Notice of a Suggestion of Bankruptcy filed in the state court case/appellate court by his Bankruptcy attorney, Jonathan Brierfield to remind the court that the frustration with these cases are truly the Plaintiff's as he is the only one who has actually been harmed as is still suffering emotionally, financially and reputably, beyond repair and he can prove it.

Dated: January 26, 2024

Truthfully under oath.
Respectfully submitted,

**/s/Erik Mishiyev**
Plaintiff Pro Se
erikmishiyev@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2024 a true and correct copy of the foregoing was served on Defendants via CM/ECF and provided via email to their attorney's, rfugate@shullmanfugate.com and alovelady@shullmanfugate.com.

/s/ **Erik Mishiyev**
Erik Mishiyev

**Alli That Girl**

> Cool thx for the connect need as much help as I can get

> My life has been turned upside down I wouldn't be surprised if he had something to do with getting my YouTube channels taken down. Bootleg kev in LA came at me for no reason one day when I lived out there. Never met that dude... 🤷‍♂️

Dude I have a vested interest in seeing you succeed. This man traumatized me with 18 years of emotional and verbal abuse. Btw almost anyone who worked there witnessed him vowing to ruin you so there's lots of people your attorney can call believe me!

