**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIK MISHIYEV,

    Plaintiff,

v.                                                                  CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

    Defendants.
_____/

**NOTICE OF STATUS UPDATE IN COMPLIANCE**
**WITH JANUARY 25, 2024 COURT ORDER**

Pursuant to this Court's January 25, 2024 Order staying the case and directing Defendants to file a status update (Doc. 37), Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") update the Court as follows:

1.  Oral argument was held in the appeal of the State Court Case on May 14, 2024 at the Second District Court of Appeal. The parties are awaiting a decision.

2.  On December 20, 2023, Beasley was served with another lawsuit filed by Mishiyev, which included substantially similar allegations against Beasley as the instant case and the related State Court Case. *See Mishiyev v. Khaled Mohamed Khaled, et al.*, Hillsborough County Case No. 2023-CA-017047. Beasley has filed a Motion to Dismiss and a Motion for a Finding of Vexatious Litigation in this new state court matter, which are currently set for hearing on July 25, 2024.

3. Beasley will continue to file status updates every 120 days in accordance with the Court's Order (Doc. 37). Beasley will otherwise notify the Court of any significant developments, including the resolution of the State Court Case's appeal as directed. *Id*.

Dated: June 3, 2024

Respectfully submitted,

SHULLMAN FUGATE PLLC

*/s/ Allison S. Lovelady*
Rachel E. Fugate (FBN 144029)
rfugate@shullmanfugate.com
Allison S. Lovelady (FBN 70662)
alovelady@shullmanfugate.com
Sarah M. Papadelias (FBN 125098)
spapadelias@shullmanfugate.com
100 South Ashley Dr., Suite 600
Tampa, Florida 33602
Ph: (813) 935-5098
*Attorneys for Beasley*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024 a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via CM/ECF and provided via email to erikmishiyev@gmail.com.

*/s/ Allison S. Lovelady*
Allison S. Lovelady