UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,

v.                                      CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

    Defendants.
_____/

**NOTICE OF STATUS UPDATE IN COMPLIANCE
WITH JANUARY 25, 2024 COURT ORDER**

Pursuant to this Court's January 25, 2024 Order staying the case and directing Defendants to file a status update (Doc. 37), Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") update the Court as follows:

1. The parties are still awaiting a decision on the appeal in the State Court Case. Oral argument was held at the Second District Court of Appeals on May 14, 2024.

2. Mishiyev also filed a third lawsuit against Beasley, which includes substantially similar allegations against Beasley as the instant case and the State Court Case. *See Mishiyev v. Khaled Mohamed Khaled, et al.*, Hillsborough County Case No. 2023-CA-017047. Beasley filed a Motion to Dismiss or in the Alternative Summary Judgment, which was heard on September 30, 2024. The court held that

the claims are barred by the application of the single action rule and *res judiciata* and dismissed the claims alleged against Beasley, with prejudice.

3. Beasley will continue to file status updates every 120 days in accordance with the Court's Order (Doc. 37). Beasley will otherwise notify the Court of any significant developments, including the resolution of the State Court Case's appeal as directed.

Dated: October 1, 2024

Respectfully submitted,

SHULLMAN FUGATE PLLC

*/s/ Allison S. Lovelady*
Rachel E. Fugate (FBN 144029)
rfugate@shullmanfugate.com
Allison S. Lovelady (FBN 70662)
alovelady@shullmanfugate.com
Sarah M. Papadelias (FBN 125098)
spapadelias@shullmanfugate.com
100 South Ashley Dr., Suite 600
Tampa, Florida 33602
Ph: (813) 935-5098
*Attorneys for Beasley*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2024 a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via CM/ECF and provided via email to erikmishiyev@gmail.com.

*/s/ Allison S. Lovelady*
Allison S. Lovelady