# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ERIK MISHIYEV,

       Plaintiff,

v.                                                    CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

       Defendants.

_____/

## NOTICE OF STATUS UPDATE IN COMPLIANCE WITH JANUARY 25, 2024 COURT ORDER

Pursuant to this Court's January 25, 2024 Order staying the case and directing Defendants to file a status update (Doc. 37), Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") update the Court as follows:

1.     The parties are still awaiting a decision on the appeal in the State Court Case. Oral argument was held at the Second District Court of Appeals on May 14, 2024.

2.     Beasley will continue to file status updates every 120 days in accordance with the Court's Order (Doc. 37). Beasley will otherwise notify the Court of any significant developments, including the resolution of the State Court Case's appeal as directed.

Dated: January 24, 2025

Respectfully submitted,

SHULLMAN FUGATE PLLC

*/s/ Allison S. Lovelady*
Rachel E. Fugate (FBN 144029)
rfugate@shullmanfugate.com
Allison S. Lovelady (FBN 70662)
alovelady@shullmanfugate.com
Sarah M. Papadelias (FBN 125098)
spapadelias@shullmanfugate.com
100 South Ashley Dr., Suite 600
Tampa, Florida 33602
Ph: (813) 935-5098
*Attorneys for Beasley*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2025, a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via CM/ECF and provided via email to erikmishiyev@gmail.com.

*/s/ Allison S. Lovelady*
Allison S. Lovelady