UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

Plaintiff,                                             Case No.: 23-cv-1940-KKM-TGW

v.

ARLANDAL ORLANDO DAVIS;
BEASLEY MEDIA GROUP, LLC.

Defendants.
_____/

### NOTICE OF 2ND DCA ORDER AND REVERSAL OPINION IN FAVOR OF PLAINTIFF INVOLVING BOTH DEFENDANT'S

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") files this notice to inform all parties that there has been a favorable ***order denying attorney fees and favorable opinion reversal*** that was rendered by the 2DCA today 01/30/25 **Case #2D2023-1242** which adds merit to this case and Plaintiff's State and Federal court cases that involve these Defendant's associates and co-conspirators that have ties and financial steaks with these Defendants. **(See attached Exhibits of Order and Opinion)** Plaintiff has counsel in this case.

Plaintiff has mentioned these individuals and entities in his complaint several times and even supplied this court with a confession video that incriminates all parties in an astonishing 20-year money grab of the Tampa Bay #12 DMA market!

These 3rd parties have been working together unlawfully in a monopoly of sorts and enriching themselves and their associates while putting up anti-competitive roadblocks that include malicious torts, physical threats which are carried out by their hand placed gatekeepers, who have been assigned to harass and stalk Plaintiff and to also cover up an illegal pay to pay scheme full of commercial bribery and fraud! These Defendants and their associates in this case used their influence, wealth and resources in a CONCERTED EFFORT to unlawfully eliminate their main competitor, the Plaintiff, Mr. Mishiyev AKA DJ Short-E and there is plenty of evidence, an affidavit and witnesses to corroborate it all. Plaintiff alleges he was not the only one harmed in this scheme as did other local artists associated with Plaintiff including venue owners and even a nonprofit charity that helped inner city youth!

**WHEREFORE**, Plaintiff, for the reasons stated in this notice and complaint, respectfully demands the court to grant the relief sought **($15,000,000 Million Dollars plus punitive damages)** so the Plaintiff can pursue justice, recoup his losses and hold these Defendants accountable for the tremendous of amount of damage they caused Plaintiff's livelihood, resulting in 2 horrific Bankruptcy's, Property loss and unrepairable emotional and reputable harm.

**-Respectfully submitted by Erik Mishiyev/Plaintiff**