UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,

v.                                    CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

    Defendants.
_____/

## NOTICE OF STATUS UPDATE IN COMPLIANCE WITH JANUARY 25, 2024 COURT ORDER

Pursuant to this Court's January 25, 2024 Order staying the case and directing Defendants to file a status update (Doc. 37), Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") update the Court as follows:

1.     The Second District Court of Appeal issued its opinion in the State Court Case appeal on January 31, 2025. The opinion was filed by Plaintiff at (DE 43-1). The State Court Case appeal has been resolved and remanded to the trial court for further proceedings.

Dated: February 6, 2025

                                                      Respectfully submitted,

                                                      SHULLMAN FUGATE PLLC

                                                     ***/s/ Allison S. Lovelady***
                                                     Rachel E. Fugate (FBN 144029)
                                                     rfugate@shullmanfugate.com

Allison S. Lovelady (FBN 70662)<br>
alovelady@shullmanfugate.com<br>
Sarah M. Papadelias (FBN 125098)<br>
spapadelias@shullmanfugate.com<br>
100 South Ashley Dr., Suite 600<br>
Tampa, Florida 33602<br>
Ph: (813) 935-5098<br>
*Attorneys for Beasley*

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2025, a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via CM/ECF and provided via email to erikmishiyev@gmail.com.

*/s/ Allison S. Lovelady*
Allison S. Lovelady