## CONSPIRACY CHART
## "INTENT AND MOTIVE WAS TO TAKE OVER #12 TAMPA DMA MARKET"



**MIAMI'S DJ KHALED THE MOB BOSS NET WORTH $100 MILLION BRIBED PAID OFF DEFENDANTS FOR 20 YEARS!**



**WILD 94.1FM STATION MANAGER/ON-AIR HOST ORLANDO DAVIS WAS/IS CHOSEN TO BE THE LEAD HIT MAN IN THIS POWER GRAB AND SCHEME. DAVIS AND ALL DEFENDANTS PLAY DJ KHALEDS MUSIC FOR DECADES.**



**DAVIS IS HEARD ON THE MORNING SHOW FOR 25+ YEARS AND IS EXTREMELY INFLUENTIAL IN THE COMMUNITY AND USED HIS POSITION TO RECRUIT HIS EMPLOYEES AND THESE DEFENDANTS TO DEFAME, TARGET AND SABOTAGE PLAINTIFF'S OPPORTUNITIES AND INCOME FOR OVER 20 YEARS AND THERE IS A CONFESSION VIDEO TO PROVE IT!**

   

**THESE 3 RADIO COMPANIES OWN 95% OF THE TAMPA RADIO MARKET AND ARE LOCATED NEXT DOOR TO EACHOTHER IN CLEARWATER, FL. PLAINTIFF CAN PROVE DEFAMATION, INTERFERENCE, ANTISEMITISM, ASSAULT, BATTERY, NEGLIGENT SUPERVISION, EMOTIONAL DISTRESS, FRAUD, COMMERCIAL BRIBERY, UNFAIR BUSINESS PRACTICES AND A BIG PAYOLA PAY TO PLAY UNLAWFUL CONSPIRACY SCEME!**

**CLICK LINK BELOW TO WATCH CONFESSION VIDEO:**

https://www.hotforever.com/beasley-media-and-orlando-davis-lose-wild-battle-in-court/