IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

  Plaintiff,                                     Case No.: 8:23-cv-01940

v.

UMG Recordings, Inc., *et al.*,

  Defendants.
_____/

## NOTICE OF AFFIDAVIT IN FAVOR OF THE PLAINTIFF

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev") files this Notice informing the Honorable court and Judge of Plaintiff's new "*Affidavit in Favor of the Plaintiff*" **ATTACHED** and what it's intended purpose is and says the following:

a. Plaintiff has discovered which outside **3ʳᵈ parties** triggered these Defendants to unlawfully hijack and takedown his videos by placing fraudulent copyright claims while ignoring Fair Use Laws and stonewalling (not replying) to his legal valid "counter notices" they received from Plaintiffs from 2013-2025.

b. Defendants are responsible for this **fraud** but the *specific names of the employees who work for Defendants* that took down Plaintiff's videos are the only missing piece to this puzzle.

c. In another related case the **2DCA** *ruled in favor of the Plaintiff* on

1

**01/31/2025.** The Plaintiff has filed this order and opinion with this court **(see dkt #90)** Defendants were complicit in this scheme to destroy Mr. Mishiyev's DJ career and targeting his income on YouTube was just one of those ways.

d. The Defendants are guilty as charged for <u>*weaponizing copyright claims* to harm</u> the Plaintiff intentionally so Defendants associates, who are his rivals, could then become more successful than Plaintiff.

e. *Allowing Defendants to get away with this type of conduct will set a bad precedent and handicap Plaintiff and will most definitely embolden Defendants to maliciously harm other competitors too.*

**WHEREFORE**, since The Honorable Judge Scriven already agreed that Mr. Mishiyev's allegations are not time barred and because Plaintiff has supplied a **favorable 2DCA order** that denied Defendants associates their attorneys' fees and reversed for Plaintiff in that related case, the Plaintiff Prays this court grants Plaintiff's Motion for Summary Judgement.

Respectfully submitted under oath on <u>02/19/2025</u>

<u>/s/Erik Mishiyev</u>
Plaintiff
6697 Emmy Lane Apt 309
Wesley Chapel, FL
33544

2

## CERTIFICATE OF SERVICE

In accordance with the laws. A copy of this filing has been emailed to counsel on record for the Defendants listed below:

Loreal R. Rock
LRock@jenner.com
(D.C. Bar No. 1656476)
*Pro Hac Vice*

Kara V. Brandeisky
KBrandeisky@jenner.com
(D.C. Bar No. 90020421)
*Pro Hac Vice*

Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax

*Attorneys for Defendants UMG Recordings, Inc.; Isolation Network, Inc.; Sony Music Entertainment; and Orchard Enterprises NY, Inc.*

Case 8:23-cv-01942-MSS-NHA

Submitted on this 19th day of February 2025.

/s/Erik Mishiyev
Plaintiff

3