IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

  Plaintiff,

Case No.: 8:23-cv-01940

v.

UMG Recordings, Inc., *et al.*,

  Defendants.

_____/

**NOTICE OF NEW INCIDENT STEMMING FROM DEFENDANTS FRAUDULENT COPYRIGHT TAKEDOWNS AND THEFTS**

COMES NOW, the Plaintiff, ERIK MISHIYEV (the "Plaintiff" or "Mr. Mishiyev" or "Erik") files this notice to the clerk and the Honorable Judge Scriven about a *new incident* stemming from these Defendants which has and still is harming Plaintiff's ability to run for Congress on a fair playing field in Florida or anywhere else for that matter, and states the following:

1. The Defendant's constant interference and fraudulent DMCA conduct has not only contributed to Erik's DJ career to be ruined but it is also affecting his other aspirations and businesses he tried to launch because YouTube and their A.I. blacklisted him all around.

2. Erik is currently a candidate for Congress in 2026 in Hillsborough County & released a video that *Judge Jeanine Pirro* of FOX News made for him: https://www.youtube.com/watch?v=Md3MvFaC-mY

1

3.  This video was uploaded to his new YouTube channel which the court can clearly see Erik uploaded about a week ago but it only received 4 or 5 views when in fact it should have thousands!

4.  The actions of the Defendants can lead to censoring not only of innocent people, but it can also cause YouTube to "blacklist" "censor" or "shadow ban" small businesses in Florida trying to compete or even political candidates like Erik, which clearly and greatly tips the scales towards his competitors or rivals.

5.  Defendant's actions related to Erik's DJ channels have ALSO caused the *Plaintiff 1st amendment constitutional rights* to be violated. If Defendant's didn't harass Plaintiff and make fraudulent copyright claims to YouTube, none of this type of discrimination and censoring would be happening. Defendants have influenced YouTube against not only "DJ Short-E" but also Erik Mishiyev.

6.  Defendants have taken the law into their own hands and are arrogantly playing the Judge and Jury in this case because they know they have no right to takedown someone's videos without proving they have any rights to Erik's videos which were found on YouTube for many years 2007-2019 but all of a sudden they were taken down by these Defendants in 2019 up until today in 2025.



**Link: www.youtube.com/watch?v=Md3MvFaC-mY**

## **CERTIFICATE OF SERVICE**

In accordance with the laws. A copy of this filing has been emailed to counsel on record for the Defendants listed below:

Loreal R. Rock
LRock@jenner.com
(D.C. Bar No. 1656476)
*Pro Hac Vice*

Kara V. Brandeisky
KBrandeisky@jenner.com
(D.C. Bar No. 90020421)
*Pro Hac Vice*

Jenner & Block LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
(202) 639-6000 Phone
(202) 639-6066 Fax

*Attorneys for Defendants UMG Recordings, Inc.; Isolation Network, Inc.; Sony Music Entertainment; and Orchard Enterprises NY, Inc.*

Case 8:23-cv-01942-MSS-NHA

Submitted on this 2nd day of March 2025.

/s/Erik Mishiyev
Plaintiff