UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,

v.                                              CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW

Pursuant to Local Rule 2.02(c), Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") respectfully request that Sarah Papadelias be withdrawn as counsel in this matter, and states as follows:

1. On November 20, 2023, Ms. Papadelias, of the firm Shullman Fugate PLLC, filed her notice of appearance on behalf of Beasley. (Doc. 15).

2. On September 3, 2025, Ms. Papadelias left the firm of Shullman Fugate PLLC, due to an emergency.

3. The undersigned counsel certifies that she notified Beasley of Ms. Papadelias's withdrawal from the case, and Beasley consents to Ms. Papadelias's withdrawal as counsel in this matter.

4. This withdrawal will not result in Beasley proceeding *pro se*.

1

5. Beasley will not be prejudiced if this motion is granted, as Rachel Fugate and Allison Lovelady—also of the firm of Shullman Fugate PLLC—will continue to represent Beasley in this matter.

6. This withdrawal will not result in a continuance of trial, or any further delay or prejudice to any party or the Court.

WHEREFORE, for the foregoing reasons, Beasley respectfully requests that the Court grant this motion for Ms. Papadelias to withdraw as counsel of record in this matter.

## LOCAL RULE 2.02(c)(1)(B) CERTIFICATION

Pursuant to Local Rule 2.02(c)(1)(B), undersigned counsel hereby certifies that Beasley has consented to Ms. Papadelias's withdrawal as counsel of record in this matter.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel hereby certifies that she conferred with Plaintiff Erik Mishiyev, *pro se*, via email on September 11, 2025. Plaintiff does not oppose the relief requested herein.

Dated: September 12, 2025

Respectfully submitted,

SHULLMAN FUGATE PLLC

*/s/ Allison S. Lovelady*
Rachel E. Fugate (FBN 144029)
rfugate@shullmanfugate.com
Allison S. Lovelady (FBN 70662)

2

alovelady@shullmanfugate.com  
100 South Ashley Dr., Suite 600  
Tampa, Florida 33602  
Ph: (813) 935-5098

*Attorneys for Beasley*

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2025, a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via CM/ECF and provided via email to erikmishiyev@gmail.com.

*/s/Allison S. Lovelady*  
Allison S. Lovelady
