UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERIK MISHIYEV,

    Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

    Defendants.
_____/

## NOTICE OF STATUS UPDATE IN COMPLIANCE WITH JANUARY 25, 2024 COURT ORDER

    Pursuant to this Court's January 25, 2024 Order staying the case and directing Defendants to file a status update (Doc. 37) and further Order staying the case pending the resolution of the State Court Case (Doc. 46), Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") update the Court as follows:

    1.    Defendants' motion to dismiss was granted in part on August 21, 2025. The court permitted Plaintiff to file an amended pleading as to certain claims only on or before September 8, 2025. Plaintiff failed to file an amended pleading by that date, but did file a motion for reconsideration. That motion is set to be heard October 6, 2025.

    Dated: September 19, 2025

Respectfully submitted,

SHULLMAN FUGATE PLLC

*/s/ Allison S. Lovelady*
Rachel E. Fugate (FBN 144029)
rfugate@shullmanfugate.com
Allison S. Lovelady (FBN 70662)
alovelady@shullmanfugate.com
Sarah M. Papadelias (FBN 125098)
spapadelias@shullmanfugate.com
100 South Ashley Dr., Suite 600
Tampa, Florida 33602
Ph: (813) 935-5098
*Attorneys for Beasley*

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via CM/ECF and provided via email to erikmishiyev@gmail.com.

*/s/ Allison S. Lovelady*
Allison S. Lovelady