**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIK MISHIYEV,

        Plaintiff,

v.　　　　　　　　　　　　　　　　CASE NO: 8:23-cv-1940-KKM-TGW

ARLANDAL "ORLANDO" DAVIS;
BEASLEY MEDIA GROUP, LLC

        Defendants.

_____/

**NOTICE OF STATUS UPDATE IN COMPLIANCE**
**WITH JANUARY 25, 2024 COURT ORDER**

Pursuant to this Court's January 25, 2024 Order staying the case and directing Defendants to file a status update (Doc. 37) and further Order staying the case pending the resolution of the State Court Case (Doc. 46), Defendants Arlandal "Orlando" Davis and Beasley Media Group, LLC (collectively "Beasley") update the Court as follows:

1.　　　In the State Court Case, the Court granted Defendants' Motion for Judgment on the Pleadings on March 3, 2026 which dismissed all claims with prejudice except three. Defendants' Motion for Summary Judgment directed at the remaining three claims (defamation related to one statement, assault and trademark) is set for hearing on June 3, 2026.

2.　　　In the last six months, Plaintiff also filed two appeals. The first appeal was directed at an August 2025 Order denying Plaintiff's Motion for Reconsideration

1

and/or the Court's Order partially dismissing the case. The Second District Court of Appeal dismissed the appeal as from a nonfinal, nonappealable order. Plaintiff also filed a Petition for Writ of Prohibition seeking to disqualify the Circuit Court judge presiding over the matter. That Petition was denied on March 13, 2026.

3. The Court also entered an Amended order Setting Trial and Pretrial and placing the matter on a July 27, 2026 trial docket.

Dated: May 15, 2026.

Respectfully submitted,

SHULLMAN FUGATE PLLC

*/s/ Allison S. Lovelady*
Rachel E. Fugate (FBN 144029)
rfugate@shullmanfugate.com
Allison S. Lovelady (FBN 70662)
alovelady@shullmanfugate.com
100 South Ashley Drive, Suite 600
Tampa, Florida 33602
Ph: (813) 935-5098
*Attorneys for Beasley*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026 a true and correct copy of the foregoing was served on Plaintiff, Erik Mishiyev, via email to erikmishiyev@gmail.com.

*/s/ Allison S. Lovelady*
Allison S. Lovelady

2